IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

STEVEN TOMPOROWSKI,

                Petitioner,                      ORDER

     v.                                                 08-cv-183-slc

GREG GRAMS, Warden,
Columbia Correctional Institution,

                Respondent.

---

On May 13, 2008, this court entered an order directing petitioner to submit either the five dollar filing fee or a completed application for leave to proceed *in forma pauperis* in this habeas corpus proceeding. The order specified that petitioner was to make either of these submissions not later than May 28, 2008. It is now June 17, 2008 and the court has not received the filing fee or a completed application for leave to proceed *in forma pauperis* from petitioner. Accordingly, the petition is DISMISSED WITHOUT PREJUDICE for petitioner's failure to prosecute it.

Entered this 17th day of June, 2008.

                                  BY THE COURT:

                                  /s/

                                  BARBARA B. CRABB
                                  District Judge