# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| **STEVEN TOMPOROWSKI,** | **JUDGMENT IN A CIVIL CASE** |
| **Petitioner,** | |
| v. | 08-cv-183-slc |
| **GREG GRAMS, Warden,** <br> **Columbia Correctional Institution,** | |
| **Respondent.** | |

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

that the petition of Steven Tomporowski is DISMISSED WITHOUT PREJUDICE for petitioner's failure to prosecute it.

**THERESA M. OWENS**
_____
Theresa M. Owens, Clerk

Connie A. Korth
_____
by Deputy Clerk

_____6/18/08____
Date